[If you need additional space for ANY section, please attach an additional sheet and reference that section.]


FILED
8/24/2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
AUG 2 2 2016 DC
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Ricky E. Cruz (2015-1211247)

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Cook Cty. Dept. of Corrections

Case No: 16 C 5235
(To be supplied by the Clerk of this Court)

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:          **AMENDED COMPLAINT**

✓  **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
   U.S. Code (state, county, or municipal defendants)

___ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
   28 SECTION 1331 U.S. Code** (federal defendants)

___ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

  A. Name: Ricky E Cruz

  B. List all aliases: _____

  C. Prisoner identification number: (2015 1211 247)

  D. Place of present confinement: Cook County Jail

  E. Address: P.O. Box 089002, 60608, Chi IL

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

  A. Defendant: Cook Cty. Dept. of Corrections

  Title: Correction officers, officials

  Place of Employment: Cook County Jail Div 9

  B. Defendant: _____

  Title: _____

  Place of Employment: _____

  C. Defendant: _____

  Title: _____

  Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: 1:16-CV-05235

B. Approximate date of filing lawsuit: 07/27/16

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Ricky E Cruz

D. List all defendants: Cook Cty. Dept. of Corrections

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): United States district Court For the Northern District of Illinois Eastern Division

F. Name of judge to whom case was assigned: John Robert Blakey

G. Basic claim made: Civil

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Pending Still

I. Approximate date of disposition: August, 12, 2016

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On Apirl 22, 2016 I, Ricky E Cruz Properly filed a Grievance That I Told Assistant Derector - John Doe and lieutenants - John Doe a head of time to pleas take me off wing 3-A Div 9 Because of inmates Threating me to jump me. Before Anything takeing place theas officials never took Action I Also Asked officer Golden to remove me from this wing and he told me he could not do nothing about it so I Asked to talk to a lieutenant and still no Action was taken. around Apirl 6th 2016 the cameras could prove from the tunnels Back to Div. 9 where it splits to Go to Div 10 The Assistant Derector had words about me Being moved since no one wanted to help me Befor This tookPlace. on Apirl 6th or after this date he tokmeinfo on Paper and told me he whould take action But still I countinued to Ask to be moved on and about this time I was comeing Back from Court and knew that my safley was in danger on Apirl 23 2016 Comdr Cozzolino signed my Grievance in Response to A 080 - failure to protect Also on Apirl 23 2016 I have talked with a sergeant Day About what had took place cause of my Property Being misshandled on 4.20.16 and she even said action should have ben took sooner →



# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

## INMATE GRIEVANCE FORM
(Formulario de Queja del Preso)

**CONTROL #:**
**INMATE ID #:**

### ! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ! (! Para ser llenado solo por el personal de Inmate Services !)

**GRIEVANCE FORM PROCESSED AS:**
- [ ] EMERGENCY GRIEVANCE
- [x] GRIEVANCE
- [ ] NON-GRIEVANCE (REQUEST)

**REFERRED TO:**
- [ ] CERMAK HEALTH SERVICES
- [ ] SUPERINTENDENT: _____
- [ ] OTHER: _____

### INMATE INFORMATION (Información del Preso)

**PRINT - INMATE LAST NAME** (Apellido del Preso): Cruz
**PRINT - FIRST NAME** (Primer Nombre): Ricky
**INMATE BOOKING NUMBER** (# de identificación del detenido): 2015-1211-247
**DIVISION** (División): 9th
**LIVING UNIT** (Unidad): 3-F
**DATE** (Fecha): 4-23-16

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT (Breve Resumen de los Hechos del Preso):

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is administratively determined to be processed as a non-grievance request, it will not be assigned a control #, nor can it be appealed or remedies exhausted, however, an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request, or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.
- Sólo una queja por formulario

**DATE OF INCIDENT** (Fecha Del Incidente): 4-20-16
**TIME OF INCIDENT** (Hora Del Incidente): 3:00/11:00 shift
**SPECIFIC LOCATION OF INCIDENT** (Lugar Especifico Del Incidente): Div 9 - 3A

I Ricky Cruz was on 3-A Div 9 lower 30 when I had been trying to tell officers that worked that wing that I was having problems on 4-20-16 around 9Am 11Am Bottom Deck was let out and a couple inmates where telling me that they where going to take my things on this date a couple inmates jumped me open my head I went to strogers to have staples in head when I come back from Care All my Property was mishandled numbers Legalwork Pictures where missing to Talk to white shirt DAY!! set Back when Placed on 3-F on 4-23-16

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** (Acción que esta solicitado, Esta sección debe completarse):

I Ricky Cruz whould like to be Compensated by Law for missing Legal work Papers and Address that where gone against my 4th Amendment Rights.

**IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.**

(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:**
(Nombre del personal o presos que tengan información:)

**INMATE SIGNATURE AND DATE:** (Firma del Preso/Fecha): Ricky E Cruz 4/26/16

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

**CRW/PLATOON COUNSELOR (Print):** R. Williams
**SIGNATURE:** R Williams
**DATE CRW/PLATOON COUNSELOR RECIEVED:** 4/26/16
**SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):**
**SIGNATURE:**
**DATE REVIEWED:**

(FCN-40)(APR15)    (WHITE COPY – INMATE SERVICES)    (YELLOW COPY – CRW/PLATOON COUNSELOR)    (PINK COPY – INMATE)

# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Aguacil del Condado de Cook)

Inmate# 0393385

## INMATE GRIEVANCE RESPONSE / APPEAL FORM
(Petición de Queja del Preso/Respuesta/Forma de Apelación)

☑ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

CONTROL #: 20163529

### INMATE INFORMATION

| INMATE LAST NAME (Apellido del Preso): | INMATE FIRST NAME (Primer Nombre): | ID Number (# de Identificación): |
|---|---|---|
| Cruz | Ricky | 20151211247 |

### GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

**CRW/PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:**

080 - Failure to Protect

**IMMEDIATE CRW/PLATOON COUNSELOR RESPONSE (if applicable):**

**CRW/PLATOON COUNSELOR REFERRED THIS GRIEVANCE/REQUEST TO:** OPR-IS

**DATE REFERRED:** 4/23/16

**RESPONSE BY PERSONNEL HANDLING REFERRAL:**

SEE ATTACHMENT

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV./DEPT. | DATE: |
|---|---|---|---|
| L FENDERSON | [signature] | IS NMN | 4/23/16 |

Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DIV./DEPT. | DATE: |
|---|---|---|---|
| Cmdr Cozzolino | Cmdr Cozzolino #321 | 9 | 4/25/16 |

**NON-GRIEVANCE (REQUEST) SUBJECT CODE** (Check applicable box):
☐ GRIEVANCE SUBJECT CODE: _____
☐ NON-GREIVANCE SUBJECT CODE: _____

**INMATE SIGNATURE (Firma del Preso):** X Ricky E Cruz

**DATE RESPONSE WAS RECEIVED:** (Fecha en que la respuesta fue recibida): X 4/25/16

### INMATE'S REQUEST FOR AN APPEAL (Solicitud de Apelación del Preso)

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.
* Las apelaciones tendrán que ser sometidas dentro del los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** (Fecha de la solicitud de la apelación del detenido:) ____/____/____

**INMATE'S BASIS FOR AN APPEAL:** (Base del detenido para una apelación:)

**ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?**
(¿ Apelación del detenido aceptada por el administrador o/su designado(a)?)
Yes (Si) ☐   No ☐

**ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION:** (Decision o recomendación por parte del administrador o/su designado(a):)

| ADMINISTRATOR/DESIGNEE (Administrador o/su Designado(a)): | SIGNATURE (Firma del Administrador o/su Designado(a):): | DATE (Fecha): |
|---|---|---|
| | | ____/____/____ |

**INMATE SIGNATURE** (Firma del Preso):

**DATE INMATE RECEIVED APPEAL RESPONSE**
(Fecha en que el preso recibio respuesta a su apelación:)
____/____/____

(FCN-48)(NOV 11)    (WHITE COPY – PROGRAM SERVICES)    (YELLOW COPY – C.R.W./PLATOON COUNSELOR)    (PINK COPY – INMATE)



**COOK COUNTY SHERIFF**
(Oficina del Alguacil del Condado de Cook)

# INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|
|  | (illegible) |

### ! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ! (¡ Para ser llenado solo por el personal de Inmate Services !)

**GRIEVANCE FORM PROCESSED AS:**
- [ ] EMERGENCY GRIEVANCE
- [x] GRIEVANCE
- [ ] NON-GRIEVANCE (REQUEST)

**REFERRED TO:**
- [ ] CERMAK HEALTH SERVICES
- [ ] SUPERINTENDENT: _____
- [ ] OTHER: _____

### INMATE INFORMATION (Información del Preso)

| PRINT - INMATE LAST NAME (Apellido del Preso): | PRINT - FIRST NAME (Primer Nombre): | INMATE BOOKING NUMBER (# de identificación del detenido): |
|---|---|---|
| CRUZ | RICKY | 2015-1211-247 |

| DIVISION (División): | LIVING UNIT (Unidad): | DATE (Fecha): |
|---|---|---|
| 9 | 3-I | 4-22-16 |

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT (Breve Resumen de los Hechos del Preso):

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is administratively determined to be processed as a non-grievance request, it will not be assigned a control #, nor can it be appealed or remedies exhausted, however, an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request, or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.
- Sólo una queja por formulario

| DATE OF INCIDENT (Fecha Del Incidente) | TIME OF INCIDENT (Hora Del Incidente) | SPECIFIC LOCATION OF INCIDENT (Lugar Específico Del Incidente) |
|---|---|---|
| 4-20-16 | 3:00 to 11:00 Shift | Div-9-3A |

at or around 9:00 AM or 10:00 AM due to top and bottom decks being let out for day room lower deck was let out I 2015-1211-247 was in lower 30 when I have Ben trying to Be Removed From This Deck 3A I was confronted by outher Inmates I was Called out and jumped my head was kicked in to Ground and opened with no officer on Deck to Protect me There was no one I Could have Called out to. to help I now have staples in HEAD.

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitado, Esta sección debe completarse)*

Whould like to Be compasated For the pain and suffering of the scar and pain that I Continue to have and for the none helping of officers that where no where to be found under CODE!!!

IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.

(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: (Nombre del personal o presos que tengan información:) | INMATE SIGNATURE AND DATE: (Firma del Preso/Fecha): |
|---|---|
| Booker G.I | Ricky E Cruz 4-22-16 |

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| R. Williams | R Williams | 4/23/16 |
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
|  |  |  |

(FCN-40)(APR15)    (**WHITE COPY** – INMATE SERVICES)    (**YELLOW COPY** – CRW/PLATOON COUNSELOR)    (**PINK COPY** – INMATE)



# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

## INMATE GRIEVANCE FORM
(Formulario de Queja del Preso)

☐ INMATE GRIEVANCE REQUEST

CONTROL #: 

INMATE ID #: 

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** (¡ Para ser llenado solo por el personal de Inmate Services !)

**GRIEVANCE FORM PROCESSED AS:**
- ☐ EMERGENCY GRIEVANCE
- ☒ GRIEVANCE
- ☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**
- ☐ CERMAK HEALTH SERVICES
- ☐ SUPERINTENDENT: _____
- ☐ OTHER: _____

### INMATE INFORMATION (Información del Preso)

- PRINT - INMATE LAST NAME: **Cruz**
- PRINT - FIRST NAME: **Ricky**
- INMATE BOOKING NUMBER: **2015-1211-247**
- DIVISION: **9**
- LIVING UNIT: **3-F**
- DATE: **4-29-16**

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is administratively determined to be processed as a non-grievance request, it will not be assigned a control #, nor can it be appealed or remedies exhausted, however, an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request, or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- DATE OF INCIDENT: **04-23-16**
- TIME OF INCIDENT: **3 to 11 shift**
- SPECIFIC LOCATION OF INCIDENT: **Div 9 3A**

I Ricky E Cruz was jumped by outher inmates and was sent to Hospital due to me Being Gone and out my cell my Belongings where sent to wing 3-F this was the wing I was sent on from my Return officer Golden sent them over due to my Belongings being placed at door with out officer handleing properly By makeing sure no ones to take Inmate stold things its on camera.

**ACTION THAT YOU ARE REQUESTING:**

I Ricky Cruz whould like to Be Compensated for my Rights this is Going against my 4th Amendment I whould like for my things to Be found and Replaced.

- NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: **Officer Golden**
- INMATE SIGNATURE AND DATE: **Ricky E Cruz 5/4/16**

- CRW/PLATOON COUNSELOR (Print): **R. Williams**
- SIGNATURE: **R Williams**
- DATE CRW/PLATOON COUNSELOR RECIEVED: **5/4/16**
- SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): 
- SIGNATURE: 
- DATE REVIEWED: 

(FCN-40)(APR15)   (WHITE COPY – INMATE SERVICES)   (YELLOW COPY – CRW/PLATOON COUNSELOR)   (PINK COPY – INMATE)



# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

## INMATE GRIEVANCE FORM
(Formulario de Queja del Preso)

| CONTROL # | INMATE ID # |
|---|---|
| ☒ (EMERGENCY GRIEVANCE REQUEST) | 2015-1211-247 |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** (¡ Para ser llenado solo por el personal de Inmate Services !)

**GRIEVANCE FORM PROCESSED AS:**
- ☐ EMERGENCY GRIEVANCE
- ☒ GRIEVANCE
- ☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**
- ☐ CERMAK HEALTH SERVICES
- ☐ SUPERINTENDENT: _____
- ☐ OTHER: _____

### INMATE INFORMATION (Información del Preso)

| PRINT - INMATE LAST NAME: CRUZ | PRINT - FIRST NAME: Ricky | INMATE BOOKING NUMBER: 2015-1211-247 |
|---|---|---|
| DIVISION: 9 | LIVING UNIT: 3-F | DATE: 4-22-16 |

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is administratively determined to be processed as a non-grievance request, it will not be assigned a control #, nor can it be appealed or remedies exhausted, however, an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request, or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

| DATE OF INCIDENT: 4-20-16 | TIME OF INCIDENT: 3 to 11 shift | SPECIFIC LOCATION OF INCIDENT: Div 9 - 3A |
|---|---|---|

at or around 9:00 to 10:00 AM the bottom deck was let out for Day Room I Ricky Cruz 2015-1211-247 was in cell lower 30 when I came to Day Room on 3A I was confronted by another inmate I was called out in a fight and had Been jumped and my head was open with Gash I told the derector to move me weeks Before and white shirts Because I knew People did and where out For me The officer that was not

**ACTION THAT YOU ARE REQUESTING:** Hiding on Deck At time. would like to Be Compasated For the pain and suffering that I had to Go threw with no Protection From The sher[iff] that worked 3A or the D.O.C under CODE.

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:** Booker GI

**INMATE SIGNATURE AND DATE:** Ricky E Cruz 4-22-16

(FCN-40)(APR15)  (WHITE COPY – INMATE SERVICES)  (YELLOW COPY – CRW/PLATOON COUNSELOR)  (PINK COPY – INMATE)

After the fact when I had got out of Hospital They moved me to 3-F wing Div 9, that's when Action was taken when something took place After. and I told this lieutenant that this was going to take place If no one took action sooner by moveing me off of wing 3-A I have writen up a Grievance about this Also I feel this was a failure to protect on the derectors part the official I had spoke to and lieutenants In Div 9 I Belive That my rights where violated from officals not Being there at The time This took place and Before this took place theas officals failed to oversee who caused the wrong I Belive Theas officers who where on camera and off where failing to adequately doing there dutys Before This took Place. now this took place I have Ben Haveing Pain in the left side of my head and my vision keeps going in and out do to me seeing Black spots in my vision I keep puting in for medical due to what took place. on 4/20/16 cameras can prove That my Attackers Intended to Harm me and officers where informed about what was going to Take Place Ahead of time.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V.   **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I whould like to be Compasated for damages do to physical Injury. In The sum of $280,000.00

VI.  The plaintiff demands that the case be tried by a jury.  ☒ YES   ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this August day of 17Th, 20 16

Ricky E Cruz
(Signature of plaintiff or plaintiffs)

Rick E Cruz
(Print name)

2015-1211-247
(I.D. Number)

Cook County Jail. P.O. Box 089002
60608, Chi, IL
(Address)

## Certificate of service

I, Rick E Cruz, swear under penalty of perjury that I served a copy of the attached document on Cook Cty Dept of Corrections by placing it in the mail at the Cook County Jail on 8.17.16

*Ricky E Cruz*

OFFICIAL SEAL
MABLE LESLIE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:02/10/18

8/17/16